USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
In the Matter of the Trusteeship Created by                  :
American Home Mortgage Investment Trust 2005-                :   **ORDER**
2, relating to the issuance of Mortgage-Backed               :
Notes pursuant to an Indenture dated as of October           :   14 Civ. 2494 (AKH)
1, 2007                                                      :
                                                             :
                                                             :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Today, I heard some of the parties in this case regarding the Order to Show Cause filed today by Sceptre, LLC. At that hearing, I determined that a temporary restraining order is not necessary at this time. I set the following schedule:

1. Semper Capital Management, LP's reply in support of its pending motion to dismiss shall be filed by 9.30am on May 5, 2014. I will hear oral arguments regarding that motion on May 5, 2014 at 2.30pm.

2. Sceptre, LLC's motion for a judgment on the pleadings is, on the parties' consent, converted into a motion for summary judgment pursuant to Rule 56.

3. Oppositions to Sceptre, LLC's motion for summary judgment or a preliminary injunction shall be filed by May 9, 2014. Sceptre, LLC's reply in support of its motion shall be filed by 2pm on May 12, 2014. I will hear oral arguments regarding that motion on May 13, 2014 at 3.30pm.

It is further ordered that Semper Capital Management, LP may raise its statute of limitations defense in its opposition to Sceptre, LLC's motion for summary judgment. Any party wishing to

1

respond to Semper Capital Management, LP's statute of limitations defense shall file a written brief on that issue by 2pm on May 12, 2014.

        SO ORDERED.

Dated:       May 2, 2014
               New York, New York

                                             ALVIN K. HELLERSTEIN
                                             United States District Judge