USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
In the Matter of the Trusteeship Created by :     **ORDER GRANTING MOTION**
American Home Mortgage Investment Trust 2005- :   **TO DISMISS COUNTERCLAIMS**
2, relating to the issuance of Mortgage-Backed :  **AND CROSS-CLAIMS AND**
Notes pursuant to an Indenture dated as of October : **CLOSING CASE**
1, 2007 :
:                                                 14 Civ. 2494 (AKH)
:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Party in Interest Semper Capital Management, L.P. has filed an unopposed motion to dismiss its counterclaims against Petitioner Wells Fargo, N.A. and its cross-claims against Party in Interest Sceptre LLC. That motion is granted.

        Because the counterclaims and cross-claims were the only remaining part of this case, the Clerk is directed to mark this case as closed. The conference scheduled for August 19, 2014 is cancelled.

SO ORDERED.

Dated:    August 14, 2014
           New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

1